UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | Hon. Mark Falk |
| v. | : | Magistrate Number: 18-3580 (MF) |
| ANKUR AGARWAL | : | **Sealing Order** |

This matter having been brought before the Court on application of Craig Carpenito, the United States Attorney for the District of New Jersey (Anthony Moscato, Assistant United States Attorney, appearing), for an arrest warrant, and a concurrent application that the Complaint filed against the above-captioned defendant be filed under seal, and good cause having been shown,

IT IS, on this 25th day of ~~March~~ April 2018,

ORDERED that, except for a copy of the arrest warrant as necessary to accomplish its purpose, the Complaint and all other documents filed in this matter be and hereby are SEALED until further order of the Court.

HON. MARK FALK
United States Magistrate Judge