# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

ANKUR AGARWAL

MAGISTRATE JUDGE: __Mark Falk, USMJ__

MAGISTRATE NO.: __18-3580__

DATE OF PROCEEDINGS: __April 26, 2018__

DATE OF ARREST: __April 26, 2018__

PROCEEDINGS: __Initial Appearance__

( ) COMPLAINT
(X) ADVISED OF RIGHTS
(X) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
(X) PRELIMINARY HEARING WAIVED ON THE RECORD
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) ORDER OF DETENTION
(X) FINANCIAL AFFIDAVIT EXECUTED
(X) OTHER _notice of appearance - Deft! Counsel_

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: __100,000__
   ___ UNSECURED BOND
   ( ) SURETY BOND SECURED BY CASH / PROPERTY
(X) TRAVEL RESTRICTED _____
(X) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
(X) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.      DATE: _____
( ) DETENTION / BAIL HRG.            DATE: _____
( ) TRIAL: ___ COURT ___ JURY        DATE: _____
( ) SENTENCING                       DATE: _____
( ) OTHER: _Notice of Appearance: Defendant's Counsel_   DATE: _____

APPEARANCES:

AUSA __Anthony Moscato__

DEFT. COUNSEL __Terry Webb, Esq.__

PROBATION _____

INTERPRETER _____
   Language: ( )

Time Commenced: 4:05 PM
Time Terminated: 4:10 PM
CD No: __ECR__

__Lorraine McNerney__
DEPUTY CLERK