AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of __New Jersey__

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff(s), <br> V. <br> ANKUR AGARWAL <br> Defendant(s), | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY <br><br> CASE NUMBER: 18 MG 3580 |

Notice is hereby given that, subject to approval by the court, __Ankur Agarwal__ substitutes
(Party (s) Name)

__Samuel M. Braverman__, State Bar No. __SB5992__ as counsel of record in
(Name of New Attorney)

place of __Terry Webb__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Fasulo, Braverman & Di Maggio, LLP
Address: 225 Broadway, Suite 715, New York, NY 10007
Telephone: (212) 566-6213    Facsimile (718) 293-5395
E-Mail (Optional): ____

I consent to the above substitution.
Date: 5/15/18                                (Signature of Party (s))

I consent to being substituted.
Date: 5/14/18                                (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/14/2018                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ____                                   ____
                                             Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]