

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

November 9, 2018

Honorable Mag. Judge Mark Falk
United States District Court for the
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

**Re:**    *United States v. Ankur Agarwal*
         *Mag. No.: 18 – 3580 (MF)*

Dear Judge Falk,

    This office represents Ankur Agarwal in the above referenced matter. For the reasons stated herein, I respectfully request a modification of Mr. Agarwal's conditions of release.

    On April 26, 2018, Mr. Agarwal was released on an unsecured $100,000 bond and is currently under home confinement. I ask the Court order a modification of Mr. Agarwal's bail conditions to allow him to: (1) leave his home daily with GPS monitoring and a curfew to be established and modified by PTS, and (2) travel within DNJ, and from DNJ to SDNY to meet with his attorney, as allowed by Pre-Trial Services.

    The Government and Pre-Trial Services have no objections to these requests.

    Thank you for your consideration of this matter.

    Respectfully submitted,

    s/ Sam Braverman
    Sam Braverman, Esq.
    Fasulo Braverman & Di Maggio, LLP
    225 Broadway, Suite 715
    New York, New York 10007

Cc.:   Anthony Moscato, AUSA