Samuel M. Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213
Attorneys for Defendant Ankur Agarwal

---

UNITED STATES OF AMERICA
    Plaintiff

v.

ANKUR AGARWAL
    Defendant

---

PROPOSED ORDER

18 MJ 3520 MF

WHEREAS, the defendant was released on an unsecured $100,000 personal reconnaissance bond in the instant matter with a condition of home confinement and electronic monitoring,

ON THE MOTION OF THE DEFENDANT, without opposition from the Government, and with the consent of the Office of Pre-Trial Services, it is hereby

ORDERED that the defendant's bail conditions are modified as follows:

1. The defendant may leave his home daily with GPS monitoring and a curfew to be established and modified by Pre-Trial Services, and

2. The defendant may travel within the District of New Jersey, and to the Southern District of New York to meet with his attorney as allowed by Pre-Trial Services, and

3. All other conditions of the defendant's bail as previously set by this Court remain in full force and effect.

The Government has no objection:

_____
Anthony Moscato

The Defendant so Moves:

_____
Sam Braverman

_____
Hon. Mark Falk, USMJ

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724