UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
--------------------------------------------------X
UNITED STATES OF AMERICA,                        **ORDER**

                    Plaintiff,                   Case No.: 18 MJ 03580

v.

ANKUR AGARWAL,

                    Defendant.

--------------------------------------------------X

### ORDER GRANTING A MODIFICATION OF BAIL CONDITIONS

Upon the application of ANKUR AGARWAL, by his counsel, SAMUEL M.

BRAVERMAN, Esq., it is hereby,
_and the Government having consented;_

**ORDERED,** that the bail conditions for ANKUR AGARWAL are temporarily

modified to permit him to travel to Richmond, Virginia from March 8 to March 10,

provided he gives Pre-Trial Services an itinerary of his trip; and it is also hereby,
_and immediately informs Pre Trial_

**ORDERED,** that the bail conditions for ANKUR AGARWAL are permanently _Services upon_
_his return_
modified to remove Prerna Jain as his Third Party Custodian, and it is hereby,     _to NJ_

**ORDERED,** that Shashi Agarwal is hereby appointed as the new Third Party

Custodian for ANKUR AGARWAL.

                                        **SO ORDERED**

                                        _____
                                        Hon. Michael A. Hammer, U.S.M.J.

Dated: March __/__, 2019