UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Civ. No. 18-3580 |
| v. | : | |
| ANKUR AGARWAL | : | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Craig Carpenito, United States Attorney for the District of New Jersey, by Justin Herring (Justin.herring@usdoj.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

CRAIG CARPENITO
United States Attorney

/s/ JUSTIN HERRING

By: Justin Herring
Assistant U.S. Attorney

Dated: April 25, 2019