

FASULO BRAVERMAN & DI MAGGIO, LLP

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & MA

www.FBDMLaw.com

May 21, 2019

Mag. Judge Mark Falk
United States Magistrate Judge for the
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

***Re:*** ***United States v. Ankur Agarwal***
***Case No.: 18 MJ 03580***

Dear Judge Falk,

    I respectfully request a modification of Mr. Agarwal's bail conditions so that he may travel to Springfield, PA from May 24 - 26 to attend a wedding and related festivities scheduled for May 25 and 26, at an address previously provided to Pre-Trial Services. If approved, Mr. Agarwal would provide Pre-Trial Services with an itinerary of his trip.

    Pre-Trial Services takes no position on this request and indicates that "per policy, [they] do not consent to overnight travel for defendant's who are on location monitoring." The Government has also been notified about this request, but we have not received a response on its position as of yet.

    Thank you for your consideration of this matter. Should you require any additional information, please do not hesitate to contact me.

                                        Respectfully submitted,

                                        s/ Sam Braverman_____
                                        Sam Braverman, Esq.
                                        Fasulo Braverman & Di Maggio, LLP
                                        225 Broadway, Suite 715
                                        New York, New York 10007
Cc:    AUSA                           Tel. 212-566-6213

**225 Broadway, Suite 715**      **505 Eighth Avenue, Suite 300**      **Post Office Box 127**
**New York, New York 10007**      **New York, New York 10018**      **Tenafly, New Jersey 07670**
**Tel (212) 566-6213**      **Tel (212) 967-0352**      **Tel (201) 569-1595**
**Fax (212) 566-8165**      **Fax (201) 596-2724**      **Fax (201) 596-2724**