UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Magistrate Judge Mark Falk |
| v. | : | 2:18-mj-3580 (MF) |
| ANKUR AGARWAL | : | <u>SUBSTITUTION OF ATTORNEY</u> |

PLEASE TAKE NOTICE that Craig Carpenito, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Matthew F. Nikic, Assistant U.S. Attorney (matthew.nikic@usdoj.gov), in substitution for Justin S. Herring, Assistant U.S. Attorney, who previously appeared in this matter.

                                                        CRAIG CARPENITO
                                                        United States Attorney

                                                        s/ Matthew F. Nikic

                                                        By:  Matthew F. Nikic
                                                              Assistant U.S. Attorney

Dated:    July 17, 2019