UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Mark Falk |
| v. | : | Mag. No. 18-3580 (MF) |
| ANKUR AGARWAL | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (Matthew Feldman Nikic, Assistant United States Attorney), and Defendant Ankur Agarwal (Samuel M. Braverman, Esq., Counsel for Defendant), for an order granting an eighth continuance of the proceedings in the above-captioned matter from the date this order is signed through and including September 30, 2019, and the Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties seek additional time to continue plea negotiations, and a plea of this matter would render trial unnecessary;
2. The defendant has consented to the aforementioned continuance;
3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to 18 U.S.C. 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 26 day of July, 2019,

ORDERED that this action be, and it hereby is, continued under the Speedy Trial Act from the date this Order is signed through and including September 30, 2019; and it is further

ORDERED that the period from the date this Order is signed through and including September 30, 2019 shall be excludable in computing time under the Speedy Trial Act of 1974.

---

HON. MARK FALK
United States Magistrate Judge

Form and entry consented to:

Matthew Feldman Nikic
Assistant United States Attorney

Rahul Agarwal
Deputy Chief, Criminal Division

Samuel M. Braverman, Esq.
Counsel for Defendant