UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Crim. No. 19-770 (SDW) |
| ANKUR AGARWAL | : | WAIVER OF INDICTMENT |

I, Ankur Agarwal, the above-named defendant, who is charged with two counts of computer fraud (Counts One and Two) in violation of 18 U.S.C. § 1030(a)(2) and one count of aggravated identity theft (Count Three) in violation of 18 U.S.C. § 1028A, being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on __22 Oct. 2019__, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant Ankur Agarwal

_____
Samuel M. Braverman, Esq.
Counsel for Defendant

Before: _____
HON.
United States District Judge