UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                                                                    DATE: October 22, 2019

JUDGE: Susan D. Wigenton

COURT REPORTER:  Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

TITLE OF CASE:                                                                         Docket# 19-CR-770

U.S.A. v. ANKUR AGARWAL

**APPEARANCES:**
Matthew Nikic, AUSA for the Govt
Anthony Moscato, AUSA for the Govt
Samuel Braverman, Esq. for Pltf (Retained)

NATURE OF PROCEEDING:  **PLEA TO INFORMATION**

Defendant sworn.
Defendant plead guilty to all Counts of the Information.
Information filed.
Waiver of Indictment filed.
Rule 11 filed.
Plea agreement filed.
Sentencing set for 1/28/20 at 11:00 a.m.


Time Commenced:  11:55 a.m.
Time Adjourned:   12:20 p.m.
Total time:   25 mins.

Cc: Chambers                                                                      Carmen D. Soto
                                                                                              Deputy Clerk