

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

November 6, 2019

Hon. Susan D. Wigenton
United States District Court for the
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

**Re:**   *United States v. Ankur Agarwal*
         *Case No.: 19 Cr. 770*

Dear Judge Wigenton,

  I respectfully request a modification of Mr. Agarwal's bail conditions so that he may travel with his son to three soccer tournaments that require that he remain out-of-state overnight. Mr. Agarwal requests permission to travel to: Wilmington, Delaware from November 9-10, Connecticut from November 17-18, and to Connecticut again from November 24-25. If approved, Mr. Agarwal would provide his travel itinerary to Pre-Trial Services.

  Pre-Trial Services takes no position on requests for overnight stay. The Government has no objection to these requests.

  Thank you for your attention in this matter. Should you have any questions, please do not hesitate to contact me.

            Respectfully submitted,

            s/ Sam Braverman
            Sam Braverman, Esq.

Cc:  Anthony Moscato, AUSA