

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

November 6, 2019

Hon. Susan D. Wigenton
United States District Court for the
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

**Re:   United States v. Ankur Agarwal**
       **Case No.: 19 Cr. 770**

Dear Judge Wigenton,

    I respectfully request a modification of Mr. Agarwal's bail conditions so that he may travel with his son to three soccer tournaments that require that he remain out-of-state overnight. Mr. Agarwal requests permission to travel to: Wilmington, Delaware from November 9-10, Connecticut from November 17-18, and to Connecticut again from November 24-25. If approved, Mr. Agarwal would provide his travel itinerary to Pre-Trial Services.

    Pre-Trial Services takes no position on requests for overnight stay. The Government has no objection to these requests.

    Thank you for your attention in this matter. Should you have any questions, please do not hesitate to contact me.

Respectfully submitted,

s/ Sam Braverman
Sam Braverman, Esq.

Cc:  Anthony Moscato, AUSA

**So Ordered**
this 7th day of Nov. 2019
Susan D. Wigenton, U.S.D.J.

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724