

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

February 5, 2020

Hon. Susan D. Wigenton
United States District Court for the
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

  *Re:*  *United States v. Ankur Agarwal*
      *Case No.: 19 Cr. 770*

Dear Judge Wigenton,

  I respectfully request a modification of Mr. Agarwal's bail conditions so that he may travel to Fredericksburg, VA from March 6-8, 2020 for his son's soccer tournament. If approved, Mr. Agarwal would stay overnight at the Fairfield Inn & Suites located at Fredericksburg, VA, and provide his travel itinerary to Pre-Trial Services.

  The Government and Pre-Trial Services do not have any objection to this request.

  Thank you for your attention in this matter. Should you have any questions, please do not hesitate to contact me.

            Respectfully submitted,

            s/ Sam Braverman
            Sam Braverman, Esq.

Cc:  Matthew Nikic, AUSA