

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

February 5, 2020

Hon. Susan D. Wigenton
United States District Court for the
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Re:   *United States v. Ankur Agarwal*
      *Case No.: 19 Cr. 770*

Dear Judge Wigenton,

    I respectfully request a modification of Mr. Agarwal's bail conditions so that he may travel to Fredericksburg, VA from March 6-8, 2020 for his son's soccer tournament. If approved, Mr. Agarwal would stay overnight at the Fairfield Inn & Suites located at Fredericksburg, VA, and provide his travel itinerary to Pre-Trial Services.

    The Government and Pre-Trial Services do not have any objection to this request.

    Thank you for your attention in this matter. Should you have any questions, please do not hesitate to contact me.

Respectfully submitted,

s/ Sam Braverman
Sam Braverman, Esq.

Cc:   Matthew Nikic, AUSA

So Ordered
this 6th day of Feb. 2020

Susan D. Wigenton, U.S.D.J.

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724