

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & MA

www.FBDMLaw.com
SBraverlaw@fbdmlaw.com

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

March 10, 2020

Hon. Susan D. Wigenton
United States District Judge
Rev. Dr. Martin Luthor King United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   *United States v. Ankur Agarwal*
Dkt.:  19 Cr 770

Dear Judge Wigenton:

    I write to the Court to respectfully request an adjournment of the sentencing hearing in this matter, presently scheduled for April 6, 2020. The reason for this request is that I am scheduled to start a jury trial on March 31, 2020 in the matter *People v. Kendall Davis*, Ind. 1620/2017, wherein the defendant is charged with Murder in the Second Degree, in Bronx County, New York. That trial is expected to take four weeks.

    I therefore request that the sentencing hearing in this matter be adjourned until May 4, 5, or 6, 2020. I have spoken with AUSA Matthew Nikic, the assigned prosecutor in this matter, and he has no objection to this request, and the above dates requested work for both the Government and the defense.

    I thank the Court for its consideration.

Respectfully submitted,

*/s/ Samuel Braverman*

Samuel M. Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc:   AUSA Matthew Nikic