

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*　　　　　　　　　　973-645-2700
*Newark, New Jersey 07102*

July 2, 2020

Hon. Susan D. Wigenton
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

　　　　Re:  *United States* v. *Ankur Agarwal*, 19-cr-770

Dear Judge Wigenton:

　　The Government respectfully submits this response to Ankur Agarwal's request for an additional adjournment of his sentencing. For the reasons quoted in Mr. Agarwal's motion, the Government opposes an additional adjournment.

　　This proceeding has already been subject to significant delay, and the Government submits that the proper course now is to hold firm with the current date. The Government sympathizes with the family-conflict that Mr. Agarwal described. Yet there may be other solutions, including Mr. Agarwal's sister taking a flight on the morning of the sentencing (such flights appear to exist). If the Court is inclined to grant Mr. Agarwal's request, the Government submits that the one-day adjournment is preferable to the 30-day extension request, which should be denied. Mr. Agarwal pleaded guilty over eight months ago and has had a significant amount of time to prepare.

　　Thank you for your consideration.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CRAIG CARPENITO
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*Matthew F. Nikic*

　　　　　　　　　　　　　　　　　　By:  Matthew Feldman Nikic
　　　　　　　　　　　　　　　　　　　　 Assistant U.S. Attorney