DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANKUR AGARWAL<br><br>Defendant(s). | Criminal No.   19-770<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

    Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant  ANKUR AGARWAL                               .

Date:

CRAIG CARPENITO
United States Attorney

By:   Matthew Feldman Nikic
      Assistant U.S. Attorney