## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>   **Plaintiff**<br>v.<br><br>**ANKUR AGARWAL**<br><br>   **Defendant** | **CRIMINAL No. 19-770**<br><br>**SENTENCING SUBMISSION NOTICE OF AGARWAL** |

PLEASE TAKE NOTICE that on this date, the defendant Ankur Agarwal has submitted to this Court materials in support of his sentencing arguments.

Date: July 10, 2020

                                                    Samuel M. Braverman
                                                    Fasulo Braverman & Di Maggio, LLP
                                                    Attorneys for the Defendant
                                                    225 Broadway, Suite 715
                                                    New York, New York 10007
                                                    Tel 212.566.6213
                                                    SBraverman@FBDMLaw.com