UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK DATE: September 1, 2020

JUDGE: Susan D. Wigenton

COURT REPORTER: Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

Title of Case: Docket # 19-CR-770

U.S.A. v. ANKUR AGARWAL

**Appearances:**

Matthew Nikic, AUSA for the Govt
Samuel Braverman, Esq., for the Deft (Retained)
Joanne Young, U.S. Probation Officer

Nature of Proceeding: **SENTENCING HEARING**

In person sentencing hearing held;
Deft present;

Deft sentenced to 94 months imprisonment;
3 years supervised release;
Fine: $25,000.00 – due immediately;
Special Assessment: $300.00 – due immediately;
Forfeiture order to be submitted.
Special Conditions:
 1) Computer Monitoring
 2) New Debt Restrictions
 3) Financial Disclosure
 4) Mental Health Treatment
 5) Self-Employment/Business Disclosure
Deft to voluntarily surrender.

Time Commenced:  11:10 a.m.                    Carmen D. Soto
Time Adjourned:  2:00 p.m.                     Deputy Clerk
Total Time:      2 hrs. 50 mins.