UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Docket No.: 2:19-CR-00770-SDW-1

| | |
|---|---|
| UNITED STATES OF AMERICA | Judge: Hon. Susan D. Wigenton |
| v. | **Notice of Appeal to the** |
| ANKUR AGARWAL | **U.S. Court of Appeals for the Third Circuit** |

Notice is hereby given that   ANKUR AGARWAL
                              (Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

['Z"] Judgment, [ Z ] Order, [ ] Other"   DOCKET #50, DOCKET #51
                                          (Specify)
of the United States District Court, District of New Jersey, entered in this action on

SEPTEMBER 3, 2020           .
(Date)


Dated: SEPTEMBER 15, 2020        ANKUR AGARWAL
                                 Appellant

                                 67 CHAPIN RD, APT #20
                                 Street

                                 PINE BROOK, NJ 07058
                                 City, State, Zip

                                 973-787-4069
                                 Telephone