**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAMBERS OF<br>**SUSAN D. WIGENTON**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING JR.<br>FEDERAL BUILDING & COURTHOUSE<br>50 WALNUT ST., ROOM 5060<br>NEWARK, NJ 07101-0999 |

September 18, 2020

Matthew F. Nikic
Assistant United States Attorney
U.S. Attorney's Office, District Of NJ
970 Broad St., 7th Floor
Newark, NJ 07102

Samuel M. Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP.
225 Broadway, Suite 715
New York, NY 10007

## **LETTER ORDER FILED WITH THE CLERK OF THE COURT**

RE: U.S. v. Ankur Agarwal – Crim. No. 19-770

Dear Counsel,

     At sentencing on September 1, 2020, the Court ordered the parties to confer on objections defense counsel had to various paragraphs of the final presentence report dated April 2, 2020 and to submit proposed revisions to the probation office within two weeks of sentencing. The objections did not impact the guideline calculations.

     The Court has reviewed the government's email submission to Senior USPO Daniel J. Carney, dated September 15, 2020, regarding counsels' agreement on revisions to paragraphs 13 and 24, and orders those paragraphs be revised and the final presentence report be reissued.

     Regarding the parties' disagreement on revisions to paragraphs 54 and 102, Rule 32(c) of the Federal Rules of Criminal Procedure charges the probation office with conducting a presentence investigation and submitting to the Court a report of its findings, including information pertaining to the nature of the offense and the history and characteristics of a defendant. The Court finds the information in question accurately reflects that gathered by the probation office during its presentence investigation and orders those paragraphs of the final presentence report remain unchanged.

**SO ORDERED.**

                                                                      _s/Susan D. Wigenton_
                                                                      Susan D. Wigenton
                                                                     Hon. Susan D. Wigenton
                                                                           U.S.D.J.