

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & MA

www.FBDMLaw.com
SBraverman@FBDMLaw.com

October 13, 2020

Hon. Susan D. Wigenton
United States District Judge
Dr. Martin Luther King United States Courthouse
50 Walnut Street
Newark, New Jersey

Re:   *United States v. Ankur Agarwal*
Dkt.  19 Cr 770 (SDW)

Dear Judge Wigenton:

    I submit this letter request, with the consent of the Government, for an extension of time for Mr. Agarwal to surrender to the Bureau of Prisons. Mr. Agarwal has received a notice that his date to surrender to begin his sentence is set for November 19, 2020 at Fort Dix SCP (see attached letter from BOP.)

    Mr. Agarwal and his family are practicing Hindus, and the Festival of Diwali is an important religious holiday in his tradition. This year, the holiday runs from November 14-18, 2020. As Mr. Agarwal will be incarcerated for the next several years, this year's celebration is very important to him and his family. Therefore, he respectfully requests that his date of surrender be extended by 11 days until November 30, 2020, so that he can participate with his family for this holiday, and then attend to his affairs and be prepared for his sentence.

    I have consulted with AUSA Matthew Nikic, and the Government has no objection to this request. I thank the Court for its consideration.

                                         Respectfully submitted,

                                            s/ Sam Braverman

                                         Samuel M. Braverman
                                         Fasulo Braverman & Di Maggio, LLP
                                         225 Broadway, Suite 715

1

New York, New York 10007
Tel (212) 566-6213
SBraverman@FBDMLaw.com

CC:   AUSA Matthew Nikic (by ECF)

**225 Broadway, Suite 715**            **505 Eighth Avenue, Suite 300**        **Post Office Box 127**
**New York, New York 10007**           **New York, New York 10018**            **Tenafly, New Jersey 07670**
**Tel (212) 566-6213**                 **Tel (212) 967-0352**                  **Tel (201) 569-1595**
**Fax (212) 566-8165**                 **Fax (201) 596-2724**                  **Fax (201) 596-2724**