# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff,**<br><br>v.<br><br>ANKUR AGARWAL,<br><br>**Defendant.** | DKT: 19 CR 770 (SDW) |

## ORDER GRANTING MOTION TO AMEND JUDGMENT

THIS CAUSE having come before the Court on the defendant's motion to amend the judgment previously imposed in this matter and allow for a time payment of the fine portion of that judgment, and

The Government voicing no objection to the motion, it is hereby

ORDERED that the judgment in this matter is hereby amended in that the defendant Ankur Agarwal shall be permitted to make five (5) equal, annual payments of $5,000, commencing on February 1, 2021, until the entire fine ordered in this matter is paid. All other portions of the judgment remain unchanged and in force.

Dated: November 19th, 2020

*s/Susan D. Wigenton*
Hon. Susan D. Wigenton
United States District Judge