# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | DKT: 19 CR 770 (SDW) |
| **Plaintiff,** | § § § | |
| v. | § § | |
| ANKUR AGARWAL, | § § § | |
| **Defendant.** | § | |

## ORDER REGARDING MOTION TO STAY DATE OF SURRENDER TO BOP

THIS CAUSE having come before the Court on the Defendant's motion to stay the date of his surrender to the BOP to serve his incarceratory sentence for the reasons stated within said motion, and

The Government noting its position regarding the motion, it is hereby

ORDERED that the Defendant's surrender to the BOP to commence his sentence:

__X_____ IS STAYED until **December 18, 2020. No further extensions will be granted.**

or

_____ REMAINS IN EFFECT UNCHANGED

All other portions of the judgment remain unchanged and in force.

Dated: November _25th,_ 2020.

*s/Susan D. Wigenton*
Hon. Susan D. Wigenton
United States District Judge