UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,   **Plaintiff,**<br>v.<br>ANKUR AGARWAL,                        **Defendant** | MOTION FOR EXTENSION of Surrender Date<br>DKT: 19 CR 770 (SDW) |

Hon. Judge Susan D. Wigenton
U.S. Court, DISTRICT OF NEW JERSEY

MATTHEW F. NIKIC
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102-2535

Dear Hon. Judge Wigenton:

Please reference the Court Order extending the Voluntary Surrender to December 18, 2020.  Mr. Agarwal requests putting off the Surrender until December 31, 2020 due to travel constraints. Mr. Agarwal has a dependency on his sister. She plans to drop him off at FCI Ft. Dix.  She has currently booked her airplane travel arriving Wednesday December 16 at 10:10 PM.  US National Weather Service has issued a Winter Storm Watch from WED 7:00 AM until THU 7:00 AM:
https://www.weather.gov/media/phi/current_briefing.pdf
Impact to travel is expected.  Watch advises travel "could be very difficult to impossible." The hazardous conditions could impact Mr. Agarwal's sister's airplane ticket.  The airlines will need to re-open her ticket so she can re-book travel.

Given the additional preparation needed, Mr. Agarwal requests an extension of his Surrender Date from December 18 to December 31, 2020.

Thank you for your attention to the matter.

Sincerely,

Ankur Agarwal

REQUEST DENIED.

SO ORDERED.

s/Susan D. Wigenton
Hon. Susan D. Wigenton
United States District Judge
Dated: December 15, 2020