<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANKUR AGARWAL,<br><br>Defendant. | Criminal Action No. 19-770 (SDW)<br><br>**ORDER**<br><br>May 27, 2022 |

**THIS MATTER** having come before this Court upon Defendant Ankur Agarwal's opposition (D.E. 71) to the Government's Motion for Turnover of Funds, which this Court will treat as a Motion for Reconsideration under L. Civ. R. 7.1(i),[1] and this Court having considered the parties' submissions, for the reasons stated in this Court's Letter Opinion dated May 27, 2022,

**IT IS** on this 27th day of May 2022,

**ORDERED** that Defendant's Motion for Reconsideration is **DENIED**.

**SO ORDERED**.

                                                       s/ *Susan D. Wigenton*
                                                       **SUSAN D. WIGENTON**
                                                       **UNITED STATES DISTRICT JUDGE**

Orig:        Clerk
cc:          Parties

---

[1] This Court granted the Government's turnover motion, (D.E. 68), on April 18, 2022, (D.E. 70).